AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| DEANDRE COLEMAN | ) Case No. |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2017__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | by force, violence and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the PENFED Credit Union, a credit union whose deposits were then insured by the National Credit Union Association. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

STACEY CAREY, Detective

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/31/2017

*Judge's signature*

City and state: Washington, D.C.    DEBORAH A. ROBINSON, Magistrate Judge

*Printed name and title*